**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:06CV1411-DJS |
| | ) | |
| **PLANET CHINA, LLC, SALLY W. LIU** | ) | |
| **and MICHAEL WAN,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now before the Court are plaintiff's amended motion to amend the case management order ("CMO") and motion to compel discovery. The motion to compel is unhelpfully replete with a chronology of all discovery and other pretrial preparation efforts of counsel in this matter, in the nature of a statement of undisputed facts, to which the opposition responded in like manner, agreeing or disputing each numbered paragraph. The substance of the discovery requests at issue and the responses thereto are ultimately set forth in movant's reply memorandum. To the extent plaintiff complains of defendants' sporadic additional production of documents, the Court notes that, although apparently frustrating to plaintiff, the practice demonstrates defendants' awareness of and compliance with the duty to supplement embodied in Fed.R.Civ.P. 26(e).

Somewhat contrary to that duty, plaintiff seeks, but cites no authority for, a requirement that defendants certify the completeness of their document production. Where as here no bad faith is shown, the Court and opposing parties must accept counsel's representations as officers of the Court that their clients have produced all responsive documents in their possession. Upon careful consideration, the Court will overrule all of defendants' objections to the document requests, other than as to Request No. 12 of the First Requests, now moot. The motion to compel will be granted only to the extent that defendants will be ordered to conduct a thorough examination of the documents and electronically stored information in their possession, custody or control, and to produce any responsive documents and to supplement any previously produced privilege log to include additional responsive documents as to which a privilege is claimed, within ten (10) days of the date of the Court's order. In all other respects, the motion will be denied. The Court's determination of the motion to amend the case management order is set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery [Doc. #39] is granted in part in that, with respect to plaintiff's document requests addressed in page 3 through 11 of plaintiff's reply memorandum [Doc. #44], defendants are ordered to conduct a thorough examination of the documents and electronically

stored information in their possession, custody or control, and to produce any responsive documents and to supplement any previously produced privilege log to include additional responsive documents as to which a privilege is claimed, within ten (10) days of the date of the Court's order.  In all other respects, the motion is denied.

**IT IS FURTHER ORDERED** that plaintiff's amended motion to amend case management order [Doc. #38] is granted as follows.

**IT IS FURTHER ORDERED** that:

Plaintiff shall disclose all expert witnesses and shall provide the reports required by Fed.R.Civ.P. 26(a)(2), no later than **June 15, 2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **July 16, 2007**.

Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than **August 15, 2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **September 17, 2007**.

The parties shall disclose rebuttal experts and shall provide the reports required by Rule 26(a)(2) no later than **October 8, 2007**, and shall make rebuttal experts available for depositions, and have depositions completed, no later than **November 5, 2007**.

The parties shall complete <u>all</u> discovery in this case no later than **November 15, 2007**.

Any motions to dismiss, motions for summary judgment or motions for judgment on the pleadings must be filed no later than **December 3, 2007**.

Dated this   29th   day of June, 2007.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE